IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WEIDER, | CASE NO. CV-F-06-1627 OWW DLB P |
| Plaintiff, | ORDER RE PLAINTIFF'S MOTION RE MEDICAL RECORDS AND DEFENDANT'S REMOVAL OF ACTION |
| vs. | |
| WARDEN MENDOZA-POWERS, | [Doc. 8] |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2006, plaintiff filed a motion seeking to limit the uses of certain documents in this case and an objection to defendants "change of venue."

Turning first to plaintiff's request to limit the use of his medical records and records form his "C" file, plaintiff has neither clearly identified the records he seeks to restrict nor set forth any grounds that support his request. The Court will rule on the use of evidence when and if this case goes to trial or there is a dispositive motion pending.

In addition, plaintiff is advised that defendants did not change the venue of this case. Defendants properly removed this action from the Kings County Superior Court pursuant to 28 U.S.C. § 1441(b). Defendants have the right to invoke federal removal jurisdiction if a case could have been filed originally in federal court. This case arises under 42 U.S.C. § 1983 and therefore this Court has original jurisdiction and removal was proper.

1 | Plaintiff's request is therefore DENIED.
2 | IT IS SO ORDERED.
3 | **Dated:** **August 31, 2007**          /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

2