IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WEIDER,<br><br>            Plaintiff,<br><br>     vs.<br><br>MENDOZA-POWERS,<br><br>            Defendant.<br>_____/ | CASE NO. 1:06-cv-01627 OWW DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

   Plaintiff Bernard Weider, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On July 18, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On August 13, 2008, plaintiff filed an Objection.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.     The Findings and Recommendations, filed July 18, 2008, is adopted in full; and

2.   Defendant's motion for summary judgment, filed October 15, 2007 is granted, thus concluding this action in its entirety.

IT IS SO ORDERED.

**Dated:   August 29, 2008**                             /s/ Oliver W. Wanger
                                                                   UNITED STATES DISTRICT JUDGE